**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL KING

v.

RIVERWATCH CONDOMINIUM
OWNERS ASSOCIATION

APPEAL OF:  THOMAS P. GANNON,
ESQUIRE

: No. 94 MAP 2016
:
: Appeal from the Order of the Delaware
: County Court of Common Pleas, Civil
: Division, at No. 08-50227 dated August
: 17, 2016.
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

AND NOW, this 28th day of February, 2017, the Notice of Appeal is **DISMISSED**.